# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEANDRE ASKEW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV1238 HEA |
| | ) |
| SEARS ROEBUCK & CO., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court for review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e). Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e- 2000e-5, for alleged racial discrimination. Plaintiff alleges that he was terminated from his employment because of his race. The Court ordered plaintiff to file an amended complaint because the original complaint did not state a prima facie case of employment discrimination and because the complaint did not contain a demand for relief as required by Rule 8.

The amended complaint contains a demand for relief, but it does not go any further to state a prima facie case of employment discrimination. However, a complaint arising under Title VII need not track the precise wording of a prima facie case because there is no rigid pleading requirement for discrimination cases. *Gregory v. Dillard's*, __ F.3d __, 2007 U.S. App. LEXIS 17304 at * 43 (8th Cir. 2007). As a result, the

complaint survives review under 28 U.S.C. § 1915(e)(2)(B), and the Court will order the Clerk to serve process or cause process to be served on the complaint. 28 U.S.C. § 1915(d).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall serve process or cause process to be served on the complaint pursuant to 28 U.S.C. § 1915(d).

Dated this 31st day of July, 2007.

*[signature]*

———————————————————
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE